**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

———————————————————— x

SAG HARBOR ADVISORS INC. and JAMES : 
SANFORD :
:
                    Plaintiffs, :
v. :                                                      Civil Action Case No.: 20-cv-5443
:
SMART CITY CAPITAL LLC, :
:
                    Defendant. :
:
:
:

———————————————————— x

## NOTICE OF MOTION FOR BECKER & POLIAKOFF'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SMART CITY CAPITAL LLC

PLEASE TAKE NOTICE that Glenn H. Spiegel, Esq., James J. Mahon, Esq., Evan B. Berger, Esq. and the law firms of Becker and Poliakoff, LLP and Becker and Poliakoff, P.A. (collectively "Becker"), pursuant to Local Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, move to withdraw as counsel for Defendant Smart City Capital LLC, and for any such other relief as this Court deems just and proper.

September 16, 2022

By:     */s/ Glenn H. Spiegel*

———————————————————
        Glenn H. Spiegel, Esq. (2883866)
        **BECKER & POLIAKOFF, LLP**
        45 Broadway
        8th Floor
        New York, New York 10006
        Tel: 212-599-3322
        Fax: 212-557-0295
        gspiegel@beckerlawyers.com

{N0409756 }