UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAG HARBOR ADVISORS INC. and JAMES SANFORD,<br><br>    Plaintiffs,<br><br>v.<br><br>SMART CITY CAPITAL LLC,<br><br>    Defendant. | Civil Action No.: 20-cv-5443<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  **SANDRA SALGADO,** being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to this action.

2. I am employed by Becker & Poliakoff, LLP, 45 Broadway, 17th Floor, New York, New York 10006, attorneys for Smart City Capital LLC.

3. On September 20, 2022, I served the within Order, via FEDEX (Tracking #: 7779 8849 2071) upon the Defendant at the following address:

    Oscar Bode
    Smart City Capital, LLC
    2598 E Sunrise Blvd.
    Fort Lauderdale, FL 33304

              _____
                 SANDRA SALGADO

Sworn to before me this
21st day of September 2022

_____
NOTARY PUBLIC

SAMANTHA ALLIE LESSER
Notary Public, State of New York
No. 01LE6411245
Qualified in NEW YORK County
Commission Expires 11/09/2024

{N0410579 }

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:20-cv-05443-WFK-LGD SAG Harbor Advisors Inc. et. al. v. Smart City Capital LLC Terminate Scheduling Order Deadlines |
| **Date:** | Monday, September 19, 2022 10:47:26 AM |

**EXTERNAL EMAIL - This message originated from an External Source.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/19/2022 at 10:45 AM EDT and filed on 9/19/2022

**Case Name:** SAG Harbor Advisors Inc. et. al. v. Smart City Capital LLC
**Case Number:** 2:20-cv-05443-WFK-LGD
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ELECTRONIC SCHEDULING ORDER: Given Defense Counsel's motion to withdraw at DE [25], the conference set for 10/12/2022 at 2:00 PM, previously scheduled as a Zoom final pretrial conference, will proceed as an in-person status conference. The 10/12/2022 conference will be held in courtroom 830 of the U.S. District Court E.D.N.Y. Long Island Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722-4438. Given the motion to withdraw at DE [25], Defendant (in addition to Defendant's counsel and Plaintiff's counsel) must attend the 10/12/2022 conference. Attendees at the 10/12/2022 conference must be prepared to discuss the motion to withdraw at DE [25] and its impact on the case schedule.**

**Defendant's counsel shall serve a copy of this Order upon Defendant and file proof of service by 9/22/2022. Ordered by Magistrate Judge Lee G. Dunst on 9/19/2022. (Baron, Corey)**

**2:20-cv-05443-WFK-LGD Notice has been electronically mailed to:**

Glenn H. Spiegel     gspiegel@beckerlawyers.com, gslaw72@yahoo.com, ssalgado@beckerlawyers.com, yhiciano@beckerlawyers.com

Damon Andrew Hagan     Damonahagan@gmail.com, damonahagan@gmail.com

James John Mahon, Jr     jmahon@beckerlawyers.com, oedwards7@beckerlawyers.com, salesser@beckerlawyers.com, ssalgado@beckerlawyers.com, yhiciano@beckerlawyers.com

**2:20-cv-05443-WFK-LGD Notice will not be electronically mailed to:**



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.