UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAG HARBOR ADVISORS, and JAMES SANFORD,<br><br>Plaintiffs,<br><br>– v. –<br><br>SMART CITY CAPITAL LLC.<br><br>Defendant. | Case No.:<br>20-cv-5443<br><br><br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Michael J. Loscialpo hereby enters his appearance in the above-captioned matter as counsel for Defendant, Smart City Capital LLC ("Defendant") and requests that all papers in this action be served upon the undersigned.

Dated: November 7, 2022
       Larchmont, New York

                                                      Respectfully submitted,

                                                      */s/ Michael J. Loscialpo*

                                                      _____
                                                      MICHAEL J. LOSCIALPO
                                                      Attorney at Law
                                                      *Mailing Address:*
                                                      75 Chestnut Hill Rd.
                                                      Glastonbury, CT 06033
                                                      -and-
                                                      *New York Office:*
                                                      1940 Palmer Avenue
                                                      Larchmont, NY 10538
                                                      Phone: (516) 971-8338
                                                      Fax: (877) 899-2369
                                                      Email: michael@loscialpolaw.com
                                                      *Attorney for Defendant*

# CERTIFICATION OF SERVICE

      I certify that the within Notice of Appearance was served on this date upon all counsel of record via ECF filing.

Dated: November 7, 2022

                                            */s/ Michael J. Loscialpo*

                                            _____
MICHAEL J. LOSCIALPO
Attorney at Law
*Mailing Address:*
75 Chestnut Hill Rd.
Glastonbury, CT 06033
-and-
*New York Office:*
1940 Palmer Avenue
Larchmont, NY 10538
Phone: (516) 971-8338
Fax: (877) 899-2369
Email: michael@loscialpolaw.com
*Attorney for Defendant*